**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| THE ESTATE OF MONTEL A. WILLIAMS C/O BONNIE BILLINGS, ADMINISTRATOR, <br><br> Plaintiff, <br><br> v. <br><br> CORECIVIC, INC., ET AL., <br><br> Defendants. | CASE NO. 4:25-cv-00714 <br><br> JUDGE BENITA Y. PEARSON <br><br> MAGISTRATE JUDGE CARMEN E. HENDERSON <br><br> **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Defendants CoreCivic, Inc. and Warden Douglas Fender (collectively "Defendants"), through counsel, respectfully move this Court for a thirty-day extension of time, from April 16, 2025 until May 16, 2025, to respond to Plaintiff's Complaint for Violation of Civil Rights and for Wrongful Death, with Demand for Damages and Injunctive Relief (Dkt. 1-1 at 2-8). Defendants removed this case from Mahoning County Court of Common Pleas on April 9, 2025. (Dkt. 1.)  Pursuant to Fed. R. Civ. P. 81(c)(2)(c), Defendants responsive pleading deadline is April 16, 2025.  Undersigned counsel requires additional time to review the case, and the factual allegations and claims asserted, to research applicable defenses, and to prepare a responsive pleading.  No previous requests for an extension have been made.  This Motion is made in good faith and is not submitted for the purpose of delay.

RESPECTFULLY SUBMITTED this <u>10th</u> day of April, 2025.

By:/s/ Dana M. Keene
     Daniel P. Struck, Bar No. AZ012377
     Dana M. Keene, Bar No. 0105374
     Jamie D. Guzman, Bar No. AZ022095
     STRUCK LOVE BOJANOWSKI & ACEDO, PLC
     3100 West Ray Road, Suite 300
     Chandler, AZ  85226
     Telephone:   (480) 420-1600
     Facsimile:    (480) 420-1695
     dstruck@strucklove.com
     dkeene@strucklove.com
     jguzman@strucklove.com

     *Attorneys for Defendants CoreCivic, Inc. and*
     *Warden Douglas Fender*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 10, 2025, I electronically submitted the attached document to the Clerk's Office for filing which caused a true and correct copy of the same to be sent to the following:

Rhys Brendan Cartwright-Jones
42 North Phelps St.
Youngstown, OH 44503-1130
rhys@cartwright-jones.com

*Attorney for Plaintiff*

/s/ Dana M. Keene
Dana M. Keene