PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE ESTATE OF MONTEL A. WILLIAMS C/O BONNIE BILLINGS, ADMINISTRATOR, | ) ) ) | CASE NO.  4:25-CV-714 |
| | ) | JUDGE BENITA Y. PEARSON |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CORECIVIC, INC., *et al*., | ) | **ORDER** |
| | ) | [Resolving ECF No. 4] |
| Defendants. | ) | |

Pending before the Court is Defendants CoreCivic, Inc. and Warden Douglas Fender's Motion For Extension of Time to File Responsive Pleadings (ECF No. 4), requesting that the Court grant another 30 days to respond to Plaintiff's Complaint.  Defendants make this request after recognizing that they need more time to review the case, factual allegations, claims, and applicable defenses, *see* ECF No. 4 at PageID #: 30.

The Court finds good cause shown and extends Defendants another 30 days to respond to Plaintiff's Complaint.

Accordingly, the new cut-off to make their responsive pleading is May 16, 2025.


IT IS SO ORDERED.


| April 11, 2025 | */s/ Benita Y. Pearson* |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |