**Before the United States District Court for the Northern District of Ohio
Eastern Division at Youngstown**

| | | |
|---|---|---|
| **The Estate of Montel A. Williams** | ) | **Case No. 4:25-cv-00714-BYP** |
| Plaintiff | ) | |
| -vs- | ) | **Judge Pearson** |
| **Core Civic, Inc., et al.** | ) | |
| Defendants | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT INSTANTER

Plaintiff, the Estate of Montel A. Williams, by and through counsel, respectfully moves this Honorable Court for leave to file an Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

A motion to dismiss is currently pending in this case. Plaintiff seeks leave to amend the complaint to add a limited number of factual allegations clarifying and supplementing the existing claims, specifically concerning CoreCivic's policies, practices, and actual knowledge of the risks posed by contraband in the facility. In addition, the proposed amendment removes the previously asserted state-law jurisdictional allegations, thereby narrowing the case solely to claims arising under federal law.

Rule 15(a)(2) provides that the Court should freely grant leave to amend "when

justice so requires." The Sixth Circuit has long held that leave to amend should be freely given absent undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice to the opposing party, or futility of the amendment. See Foman v. Davis, 371 U.S. 178, 182 (1962); Newberry v. Silverman, 789 F.3d 636, 646 (6th Cir. 2015). The proposed amendments are not made in bad faith, do not result in undue delay, and will not prejudice Defendants. Rather, the amendment seeks to ensure that the complaint fully and accurately reflects the factual basis for Plaintiff's claims and addresses arguments raised in the pending motion to dismiss.

Accordingly, Plaintiff respectfully requests that the Court grant leave to file the Amended Complaint, attached hereto as EXHIBIT 1, and that the Court deem the Amended Complaint the operative pleading in this action.

Respectfully submitted,

*s/ Rhys Cartwright-Jones*
**Rhys Brendan Cartwright-Jones, 0078597**
42 North Phelps St.
Youngstown, OH 44503-1130
330-744-6454, tel.
216-272-1938, cell
866-223-3897, fax
rhys@cartwright-jones.com

**Proof of Service:** All parties to this cause receive ECF service, and I served this pleading by means of ECF.

*s/ Rhys Cartwright-Jones*
**Rhys Brendan Cartwright-Jones, 0078597**